SARAH BERGER, PLAINTIFF-RESPONDENT, v. SAMUEL SHAPIRO, DEFENDANT-PETITIONER.

See same case below: 52 *N. J. Super.* 94.

*Messrs. Emory, Langan, Lamb & Blake* and *Mr. H. Curtis Meanor* for the petitioner.

*Mr. Herman M. Wilson* for the respondent.

November 24, 1958. Granted.

LILLIAN GARINO, PLAINTIFF-PETITIONER, v. PETER GARINO, DEFENDANT-RESPONDENT.

*Mr. Anthony P. LaPorta* for the petitioner.

*Messrs. Spingarn & Sachs* and *Mr. David Friedenberg* for the respondent.

November 24, 1958. Denied.